# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER MCPHAUL,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-690-ALM-KPJ |
| | § | |
| **JASON KIMBROUGH, LAUREN SRALLA, JORGE OCASIO, MIKE CRAWFORD, HEATH MITCHELL, and CITY OF FRISCO,** | § § § § § | |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 4, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #71) that Defendant City of Frisco's Motion for Summary Judgment (the "City's Motion") (Dkt. #63) and Defendants Jason Kimbrough, Lauren Sralla, Jorge Ocasio, Mike Crawford, and Heath Mitchell's Motion for Summary Judgment (the "Individual Officers' Motion") (Dkt. #64) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the City's Motion (Dkt. #63) is hereby **GRANTED**.

Further, the Individual Officers' Motion (Dkt. #64) is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**IT IS SO ORDERED**.

SIGNED this 24th day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE